

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Frank Mansueto | Civil Action No. 18-cv-0427-CAB-MDD |
| Plaintiff, | |
| V. | |
| William D Gore, Sheriff of San Diego County | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition is Dismissed Without Prejudice. A certificate of appealability will not issue. Reasonable jurists would not find the dismissal of the petition debatable or wrong.

Date: 4/17/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy